UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**<br><br>**Plaintiff**<br><br>vs.<br><br>**Benjamin P. Campo, Esq., Special Administrator of the Estate of Walford Dyer**<br><br>**Defendant** | Case No. 1:21-cv-00122-LEW |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

1184 Plains Road, Litchfield, ME
Book: 11654, Page 198 Kennebec County

Now comes the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Walford Dyer, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

.   If the Defendant or his/her heirs or assigns pay Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Wilmington Savings") the amount adjudged due

and owing ($232,858.87) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Wilmington Savings shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing as of November 27, 2021:

| Description | Amount |
|---|---|
| Principal Balance | $163,907.86 |
| Interest | $35,417.67 |
| Late Fees | $0.14 |
| Escrow Advance | $26,355.54 |
| Corporate Advance Balance | $7,177.66 |
| **Grand Total** | **$232,858.87** |

1. If the Defendant or his/her heirs or assigns do not pay Wilmington Savings the amount adjudged due and owing ($232,858.87) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his/her remaining rights to possession of the Litchfield Property shall terminate, and Wilmington Savings shall conduct a public sale of the Litchfield Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $232,858.87 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S. § 6324.  Wilmington Savings <u>may not</u> seek a deficiency judgment against the pursuant to the Plaintiff's waiver of deficiency.

2. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable

period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $232,858.87.

4. Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has first priority, in the amount of $232,858.87, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

5. The prejudgment interest rate is 4.12500%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 6.09%, *see* 14 M.R.S. §1602-C.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Pretium Mortgage Credit Management, 120 South Sixth Street, #2100 Minneapolis, MN 55402 | Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |
| DEFENDANT | | |

Benjamin P. Campo, Esq.,     Pro Se
Special Administrator of the
Estate of Walford Dyer
90 Bridge Street, Suite 100
Westbrook, ME  04092

a) The docket number of this case is No. 1:21-cv-00122-LEW.

b) The Defendant, the only parties to these proceedings besides Wilmington Savings, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 1184 Plains Road, Litchfield, ME 04350, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 1184 Plains Road, Litchfield, ME 04350.  The Mortgage was executed by the Defendant, Walford Dyer on December 13, 2013.  The book and page number of the Mortgage in the Kennebec Registry of Deeds is Book 11654, Page 198.

e) This judgment <u>shall not</u> create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 1184 Plains Road, Litchfield, ME 04350.

| | |
|---|---|
| Dated: November 26, 2021 | /s/Reneau J. Longoria, Esq.<br>Reneau J. Longoria, Esq., Bar No. 5746<br>Attorneys for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915<br>(978) 921-2670<br>RJL@dgandl.com |
| Dated: 11/02/2021 | /s/Benjamin P. Campo, Jr.<br>Benjamin P. Campo, Esq., Special Administrator of the Estate of Walford Dyer<br>90 Bridge Street, Suite 100<br>Westbrook, ME  04092 |

**SO ORDERED**.

Dated this 2nd day of December, 2021.

                                                /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE



*Serving Massachusetts, Maine,*    *100 Cummings Center, Suite 225D*
*New York & New Hampshire*    *Beverly, Massachusetts 01915*
*Hours: Monday - Friday 9 am - 4 pm*    *TEL: (978) 921-2670*
*www.dgandl.com*    *FAX: (978) 921-4870*

October 29, 2021

Benjamin P. Campo, Esq., Special Administrator of the Estate of Walford Dyer
90 Bridge Street, Suite 100
Westbrook, ME  04092

**Re:**   **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust vs. Benjamin P. Campo, Esq., Special Administrator of the Estate of Walford Dyer et al.**
**Docket No. 1:21-cv-00122-LEW**

Dear Benjamin P. Campo, Esq., Special Administrator of the Estate of Walford Dyer :

Enclosed please find a Consent Judgment of Foreclosure and Sale in the referenced matter.  Please sign, date and return in the enclosed self-addressed envelope.

If you have any questions, please contact me at (978) 921-2670, ext. 127.

Thank you for your attention to this matter.

Very truly yours,

Kelly Hartigan
Paralegal

Encl.
53062